UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN A. COLES,<br>  3801 Suitland Road, S.E.<br>  Washington, D.C. 20020<br><br>       Plaintiff,<br><br>  v.<br><br>DAVID M. WALKER,<br>  Comptroller General<br>  Of The United States,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1902 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

The defendant, David M. Walker, Comptroller General of the United States, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint by slightly less than two weeks. Specifically, the defendant requests that the deadline for responding to this complaint be extended from November 28, 2005 to December 9, 2005. This is the defendant's first request for an extension to respond to the Complaint in this matter. Plaintiff, through her counsel, graciously consents to the relief being sought in this motion. The grounds for this motion are set forth below and a draft order is attached.

This case involves allegations of employment discrimination on account of race and retaliation on account of prior EEO activity in plaintiff's non-selection for a Criminal Investigator position with the General Accountability Office's Inspector General. Plaintiff is currently employed by the Office of Inspector General for the General Services Administration.

Since the Complaint was served on the U.S. Attorney's Office, the parties have been engaged in productive discussions regarding a possible resolution of this matter which would alleviate the need for the Court to resolve it. Counsel for the parties have agreed on the essential principles of an extra-judicial resolution and are in the process of reducing it to writing. The interruption of the recent Thanksgiving holiday and attending to matters in other cases have contributed to counsels' inability to have appropriate material to file with the Court by November 28, 2005. Careful attention to the drafting and consultation with the clients is ongoing. Some additional delay is caused by the fact that the Assistant United States Attorney with primary responsibility for this matter will be out of the office on training on November 29-December 1, 2005.

This extension is sought in good faith and will not unfairly prejudice any party or the Court's ability to manage its docket efficiently and effectively. Indeed, affording the parties some additional time to allow defendant to focus on a resolution of this matter may obviate the need for a response to the Complaint.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including December 9, 2005. A draft order consistent with the relief sought herein is attached.

Dated: November 28, 2005.

        Respectfully submitted,

        /s/_____
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney

   /s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

   /s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

- 3 -