UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN A. COLES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1902 (CKK) |
| v. ) | |
| ) | |
| **DAVID M. WALKER,** ) | |
| Comptroller General ) | |
| Of The United States, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of defendant's first consent motion for enlargement of time to file a response to the complaint in this matter and the entire record in this case, the Court finds that good cause exists for the requested enlargement. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including December 9, 2005 to respond to the complaint.

_____          _____
Date                                                                COLLEEN KOLLAR-KOTELLY
                                                                         United States District Judge


**Copy Through ECF to Counsel of Record**