UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN A. COLES,                          )
  3801 Suitland Road, S.E.           )
  Washington, D.C. 20020             )
                            )
        Plaintiff,                     )
                            )   Civil Action No. 05-1902
                            )   (CKK)
      v.                             )
                            )
DAVID M. WALKER,                         )
  Comptroller General                )
  Of The United States,              )
                            )
        Defendant.                     )
_____)

## STIPULATION OF REMAND AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Whereas, plaintiff initiated this action on September 29, 2005, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16, before the Government Accountability Office ("GAO"), the agency with which plaintiff filed her formal administrative complaint of discrimination, issued a Final Agency Decision.

Whereas, counsel for the parties have conferred and reached the conclusion that both parties' interests would be advanced were this matter remanded to GAO for further consideration of plaintiff's formal administrative complaint including, but not limited to, the possible issuance of a Final Agency Decision.

Whereas, GAO and its counsel have warranted and represented that if this case is dismissed and remanded to GAO and subsequently re-filed by plaintiff, defendant will not argue or otherwise take the position that plaintiff failed to exhaust her administrative remedies or did not timely initiate a de novo action in this Court, so long as



this action is re-filed in this Court no later than 90 days after either plaintiff or counsel for plaintiff receives a Final Agency Decision, in accordance with 42 U.S.C. § 2000e-16(c).

WHEREFORE, Plaintiff and Defendant agree and stipulate as follows:

1.) Upon filing of this Stipulation of Remand and Voluntary Dismissal Without Prejudice, this action shall be remanded to the Government Accountability Office for further processing of plaintiff's formal administrative complaint of discrimination including, but not limited to, the possible issuance of a Final Agency Decision. Nothing in this Stipulation shall require GAO to issue a Final Agency Decision.

2.) Plaintiff shall be free to re-file this action in this Court at any time up until 90 days after plaintiff or counsel for plaintiff receives a Final Agency Decision.

3.) In the event that plaintiff re-files this action in this Court within the foregoing time period, defendant will be estopped from arguing or otherwise taking the position that plaintiff failed to exhaust her administrative remedies or did not timely initiate a de novo action in this Court.

4.)    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action is dismissed without prejudice, subject to the foregoing terms and conditions, upon filing of this Stipulation of Remand and Voluntary Dismissal Without Prejudice with the Court.

Dated:   December 9, 2005.

Respectfully submitted,

_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Assoc.,P.C.
1319 F Street, N.W., Suite 305
Washington, D.C.  20004
(202) 955-6968

_____
Karen A. Coles
Plaintiff

_____
Kenneth L. Wainstein,Bar #451058
United States Attorney

_____
R. Craig Lawrence,D.C.Bar#171538
Assistant United States Attorney

_____
Jane M. Lyons, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161